IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>          Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and,<br>GREG COHEN,<br><br>          Defendants. | CASE NO. _____<br><br><br>**VERIFIED COMPLAINT FOR<br>DECLARATORY RELIEF, INJUNCTIVE<br>RELIEF, AND DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Mladen Miljas ("Mladen") submits this Complaint for Declaratory Relief, Injunctive Relief, and Damages (this "Complaint") against Greg Cohen Promotions, LLC ("Cohen Promotions") and Greg Cohen ("Cohen," and, together with Cohen Promotions, "Defendants"), and states and alleges as follows:

## NATURE OF ACTION

1.      Mladen "Monster Mel" Miljas is a professional boxer from Canada competing in the heavyweight division. He is currently 28 years old. In 2017, he became the Canadian Heavyweight Champion, was ranked 41st in the world and 2nd in Canada on BoxRec, the internationally recognized "official record keeper of the sport of boxing."[1] At 6'6'' he has had 12 bouts, winning them all by knockout within three rounds.[2]

---

[1]   *See* BoxRec, *About BoxRec*, https://web.archive.org/web/20200918231022/https://boxrec.com/en/about (archived Sept. 24, 2020).

[2] *See* James Dielhenn, *Boxing News: Mladen Miljas is Monster Mel, Canada's KO Colossus who Admires Dillian Whyte and Sees Weakness in Deontay Wilder*, skysports, https://web.archive.org/web/20200517041321/https://www.skysports.com/boxing/news/12183/11972913/mladen-miljas-is-monster-mel-canadas-ko-colossus-who-admires-dillian-whyte-and-sees-weakness-in-deontay-wilder (April 26, 2020).

2.      Greg Cohen is a boxing promotor operating Greg Cohen Promotions. ████████

████████████████████████████████████████████████████████████████

attached hereto as Exhibit A) ████████████████████

3.      Unknown to Mladen at the time, Cohen and Cohen Promotions have a history of

wronging their boxers and others in the industry. This history came to light in late 2019, when

Cohen was sentenced to six months in prison for wire fraud.[3]

4.      ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████

5.      This action seeks to stop Cohen's and Cohen Promotions' actions immediately and

permanently, to obtain an order ████████████████████████████████, and to

recover the substantial damages caused by Defendants' actions, including, without limitation, the

incalculable loss of two years in a young and promising boxer's short professional life.

---

[3] *See* Michael Woods, *News: There's No Shortage of People who Say Promoter Greg Cohen Did them Wrong*, TheRing, https://web.archive.org/web/20200924184456/https://www.ringtv.com/585089-theres-no-shortage-of-people-who-say-promoter-greg-cohen-did-them-wrong/ (Nov. 27, 2019).

6.      This action is filed under seal following threats of litigation by Defendants, ███

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████

## THE PARTIES

7.      Mladen Miljas is a citizen of Canada, residing in Toronto, Ontario.

8.      Greg Cohen Promotions, LLC, is a limited liability company organized under the

laws of the State of New Jersey, having a principal place of business at 350 Fifth Ave. 68th Floor,

Suite 4400, New York, New York 10118.

9.      Greg Cohen is an individual who, on information and belief, resides in the State of

New Jersey.

## JURISDICTION AND VENUE

10.      Subject matter jurisdiction in this Court is proper under 28 U.S.C. § 1332 because

this action is between citizens of different countries and the amount in controversy exceeds

$75,000.00 before interest and costs.

11.      Subject matter jurisdiction in this Court is also proper under 28 U.S.C. § 1331

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████. As these claims relate to and share a common nucleus of facts with the state

law claims, this Court also has subject matter jurisdiction over each pursuant to 28 U.S.C. § 1367.

12.      Venue in this Court is proper ██████████████████████████████

████████████████████████████████████████████████████████████████████

█████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

13.      This Court has personal jurisdiction over the parties ██████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████

**FACTS APPLICABLE TO ALL COUNTS**

14.     Mladen debuted as a professional boxer on July 28, 2016, fighting David Vyletel and winning by TKO in the second round.[4]

15.     Mladen fought twice more in 2016, winning by TKO in the first round each time.

16.     In 2017, Mladen fought five times, winning all by TKO within the first three rounds, including a fight on December 1, 2017 against Dillon Carman for the Canadian Heavyweight Title.

17.     Throughout his career, Mladen had been self-represented, working his way through the industry with the help only of his family.

18.     Nevertheless, he had successfully obtained fights appropriately scaled to his abilities, against competitive opponents with winning histories.

19.     Through his hard work and sacrifice, Mladen had become the second ranked heavyweight boxer in Canada, and the forty-first in the world.

20.     ███████████████████████████████████████████
█████████████████████████████████████

21.     ███████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████

22.     ██████████████████████████████████████

23.     ███████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

---

[4] Citations to fights and fighter statistics in this Complaint are taken from BoxRec, including the page for *Mladen Miljas*, https://web.archive.org/web/20200924211840/https://boxrec.com/en/proboxer/763287, archived September 24, 2020.

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

24.    ████████████████████████████████████████

████████████████████████████████████████████████

25.    ████████████████████████████████████████

████████████████████████████████████████████████

26.    Mladen won the fight by TKO within the first two minutes.

27.    ████████████████████████████████████████

████████████████████████████████████

28.    ████████████████████████████████████████

██████████████████████████████████████████

29.    ████████████████████████████████████████

██████████████████████████

30.    ████████████████████████████████████████

██████████████████████████

31.    ████████████████████████████████████████

████████████████████████████████████████████████

██████████

───────────────────

▪ ███████████████████████████████████████████
████████████████████████

32.     

33.

34.     Wayman Carter was ranked 596th in the world. He was 42 years old, with a history of 3 wins, 5 losses, and 1 draw.[6]

35.     Matthew Greer was ranked 637th in the world. He was 43 years old, with a history of 16 wins, 24 losses, and 0 draws. He has not won a fight since 2013.[7]

36.

37.

38.     Aaron Chavers was ranked 534th in the world. He was 39 years old, with a history of 8 wins, 10 losses, and 1 draw. He has not won a fight since his first in 2017.[8]

39.     Mladen defeated Chavers by TKO in the first round.

---

[6] BoxRec, *Wayman Carter*, https://web.archive.org/web/20200924212113/https://boxrec.com/en/proboxer/770658 (archived Sept. 24, 2020).

[7] BoxRec, *Matthew Greer*, https://web.archive.org/web/20200924205008/https://boxrec.com/en/proboxer/151893 (archived Sept. 24, 2020).

[8] BoxRec, *Aaron Chavers*, https://web.archive.org/web/20190902145824/https://boxrec.com/en/proboxer/709544 (archived Sept. 24, 2020).

40. ███████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████.

41. ███████████████████████████████████████

████████████████████████████████████████

42. ███████████████████████████████████████

███████████████████████████████████.

43. ████████████████████████████████.

44. ███████████████████████████████████████

█████████.

45. ███████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████.

46. ███████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████.

47. ███████████████████████████████████████

█████████.

48. ███████████████████████████████████████

█████████████████████████████████████████████

███████████████████████.

49.   ██████████████████████████████████████████████

██████████████████████████████████████

50.   ████████████████████████████████████████

51.     According to a Complaint filed in the United States District Court for the Southern

District of New York, Cohen was charged on January 8, 2019, with violations of 18 U.S.C. §§

1343, and 2, (Wire Fraud), arising out of fraud scheme in which Cohen "induced a victim to invest

in a purported stock transaction that was to be facilitated by a particular investment manager and

had a guaranteed return, when in truth and fact there was no stock transaction, the particular

investment manager was not at all involved and the return was not guaranteed." *See* Complaint,

*United States of America v. Gregory Cohen*, Case No. 19CR397 (S.D.N.Y. Jan. 8, 2019). In short,

Cohen solicited, obtained, and kept $200,000 from a victim for an alleged stock transaction that

never existed. On November 20, 2019, the court entered judgment on Cohen's plea of guilty. *See*

Judgment in a Criminal Case, *United States of America v. Gregory Cohen*, Case No. 19CR397

(S.D.N.Y. Nov. 20, 2019). He was sentenced to six months in federal prison. *See id.*

52.   ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████.

53.   ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

54. ██████████████████████████████████████

55. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████████████████████████████

56. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████
██████████████████████████████████████████████████████

57. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████

58. ████████████████████████████████████████████████████████████
██████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████
██████████████████████████████████

59. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████

60. ████████████████████████████████████████████████



61. ██████████████████████████████████████████████

62. ██████████████████████████████████████████████

63. ██████████████████████████████████████████████

64. ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████
         ████████████████████████████████████

65. ████████████████████████████████████████████
████████████████████████
         ████████████████████████████████████████
         ███████████████████████████████████████
         ████████████████████████████████████████
         ███████████████████████████████████

66. ████████████████████████████████████████████
████████████████████████████████████████████████

67. ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████ attached hereto as Exhibit B.

68. ████████████████████████████████████████████
████████████████████████████████████████

69. ████████████████████████████████████████████
████████

70. ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

attached hereto as Exhibit C.

71.    ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████

72.    ████████████████████████████

73.    ████████████████████████████████████████████████

████████████████████████████████ attached hereto as Exhibit D.

74.    ██████████████████████████████████

**DEFAMATORY STATEMENTS AND THREATS BY COHEN**

75.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████

        ███████████████████████████████████████████
        ███████████████████████████████████████████
        ███████████████████████████████████████████
        ███████████████████████████████████████████
        ███████████████████████████████████████████
        ███████████████████████████████████████████
        ██████████████████████████████████████

████████████████████████ attached hereto as Exhibit E.

76.    ████████████████████████████████████████████████

████████████████████████████████

77.    ██████████████████████████████████████

        ███████████████████████████████████████████
        ███████████████████████████████████████████
        ███████████████████████████████████████████
        ███████████████████████████████████████████
        ███████████████████████████████████████████

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████████████████

██████████████

78.   ██████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████████████ attached hereto as Exhibit F.

79.   ██████████████████████████████

███████████████████████████████████

███████████████████

80.   ██████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████████████████████████████

███████

81.   ██████████████████████████████████████████████

████████████████████████████████████████████████████████

██████

**COUNT I:** ████████████████████████████

(against Cohen Promotions)

82.     Mladen incorporates the allegations of each preceding paragraph as if fully set

forth herein.

83.   ██████████████████████████████████████████████

██████████

84.   ████████████████████████████████████████

85.   ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████

86.   ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

The Plaintiff, Mladen Miljas, respectfully requests this Court enter judgment against

Defendant Cohen Promotions, LLC ██████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████

## COUNT II: DECLARATORY JUDGMENT
(against Cohen Promotions)

87.    Mladen incorporates the allegations of each preceding paragraph as if fully set forth herein.

88.    ███████████████████████████████████████

███████████████████████████████████████████████

███████████████

89.    ███████████████████████████████████████

████████████████████████████

90.     Pursuant to 28 U.S.C. § 2201, an actual controversy exists between Mladen and Cohen Promotions concerning the parties' respective rights and liability ████████████████

████████████████████

91.     Pursuant to 28 U.S.C. § 2201, this Court has the authority to declare each party's respective rights and liabilities ██████████████████

The Plaintiff, Mladen Miljas, respectfully requests this Court enter judgment in his favor

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████

## COUNT III: TORTIOUS INTERERENCE WITH EXISTING CONTRACT AND PROSPECTIVE BUSINESS RELATIONSHIP
### (against all Defendants)

92.     Mladen incorporates the allegations of each preceding paragraph as if fully set forth herein.

93.     Mladen has existing contracts or prospective business relationships or contracts with individuals and entities in the boxing industry including, without limitation, promoters, managers, fighters, and others.

94.     Cohen and Cohen Promotions know of these existing contracts or prospective relationships or contracts.

95.     Cohen and Cohen Promotions have and continue to intentionally and improperly interfere with these relationships or contracts ██████████████████████ ██████████████████████████████████████████

96.     Cohen and Cohen Promotions' interference with Mladen's relationships or contracts have injured him and caused him damages by making individuals and entities decline to enter into the relationship or contract with Mladen or making their entering into the relationship or contract more difficult and expensive, thus causing Mladen damages in an amount to be proven at trial but consisting of, without limitation, those amounts Mladen would have obtained had these individuals and entities entered into business relationships or contracts with Mladen.

The Plaintiff, Mladen Miljas, respectfully requests this Court enter judgment against Defendants Greg Cohen and Cohen Promotions, LLC in an amount that will fully compensate Mladen Miljas for his damages, including the costs of this action and his reasonable attorneys' fees, punitive damages, and grant all such other and further relief as this Court deems just.

## <u>COUNT IV: DEFAMATION/LIBEL/SLANDER</u>
(against all Defendants)

97.     Mladen incorporates the allegations of each preceding paragraph as if fully set forth herein.

98.     Cohen and Cohen Promotions have each published or caused to be published on their behalf oral and/or written false statements to third parties that are damaging to Mladen's reputation, good name, and business ███████████████████████████████████████
████████████████████████████████

99.     Cohen and Cohen Promotions made these false and damaging statements with malice and with the intent to damage Mladen's reputation in the industry.

100.    Cohen and Cohen Promotions' false and damaging statements were in fact damaging to Mladen's reputation in the industry.

101.     Cohen and Cohen Promotions' false and damaging statements are damaging to Mladen's business and trade and are therefore per se defamatory.

102.    None of the defamatory statements Cohen and Cohen Promotions made were related to or regarding matters of public interest.

103.    Cohen's and Cohen Promotions' conduct was in bad faith, vexatious, with wanton disregard, or for oppressive reasons.

The Plaintiff, Mladen Miljas, respectfully requests this Court enter judgment against Defendants Greg Cohen and Cohen Promotions, LLC in an amount that will fully compensate Mladen Miljas for his damages, including the costs of this action and his reasonable attorneys' fees as provided under law, punitive damages, and grant all such other and further relief as this Court deems just.



**COUNT V:** ███████████████████
(against all Defendants)

104.    Mladen incorporates the allegations of each preceding paragraph as if fully set forth herein.

105.    ████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████

106.    ████████████████████████████████████
██████████████████████

107.    █ ███████████████████████████████████
██████████████████████████████████

108.    ████████████████████████████████████
███████████████████████████████████████

109.    ████████████████████████████████████
█████████████████████████████

110.    ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████

111.    Cohen's and Cohen Promotions' conduct was in bad faith, vexatious, with wanton disregard, or for oppressive reasons.

The Plaintiff, Mladen Miljas, respectfully requests this Court enter judgment against Defendants Greg Cohen and Cohen Promotions, LLC ████████████████████████
████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████

### COUNT VI: FRAUD
(against all Defendants)

112.    Mladen incorporates the allegations of each preceding paragraph as if fully set forth herein.

113.    Cohen and Cohen Promotions made various material misrepresentations to Mladen

███████████████████████████████████████████████████████████████

████████████████████████████████████████

114.    Cohen's and Cohen Promotions' representations were not always complete, accurate, or truthful.

115.    Cohen's and Cohen Promotions' representations were material ████████████████

██████████████████████████████████████

116.    Cohen and Cohen Promotions had a duty to provide complete, accurate, and truthful information regarding these matters ████████████████████████████████

███████████████████████████████████████████████

117.    Cohen and Cohen Promotions did not intend to provide complete, accurate, and truthful information to Mladen.

118.    Cohen and Cohen Promotions intended to deceive Mladen by providing incomplete, inaccurate, or untruthful information.

119.    Mladen relied on Cohen's and Cohen Promotions' misrepresentations to his detriment ████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████

120.     As a result of Cohen's and Cohen Promotions' material misrepresentations, Mladen

has sustained damages in an amount to be proven at trial ████████████████████████

███████████████████████████████████████████████

121.     Cohen's and Cohen Promotions' conduct was in bad faith, vexatious, with wanton

disregard, or for oppressive reasons.

The Plaintiff, Mladen Miljas, respectfully requests this Court enter judgment against

Defendants Greg Cohen and Cohen Promotions, LLC ████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████

**COUNT VII:** ████████████████████████

(against all Defendants)

122.     Mladen incorporates the allegations of each preceding paragraph as if fully set forth

herein.

123.     ████████████████████████████████████████████████

███████████████████████████████████████████████████

124.     ██████████████████████████████████

125.     ████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

21

███████████████████████████████████████████████████

███████

126.   ███████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████

127.   ███████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████

The Plaintiff, Mladen Miljas, respectfully requests this Court enter judgment against

Defendants Greg Cohen and Cohen Promotions, LLC ███████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

## COUNT VII: INJUNCTIVE RELIEF
(against all Defendants)

128.   Mladen incorporates the allegations of each preceding paragraph as if fully set forth

herein.

129.   Cohen and Cohen Promotions have invaded and threaten to invade Mladen's rights

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

130.    Irreparable harm will result unless Cohen and Cohen Promotions are enjoined from engaging in this conduct. ███████████████████████████████████ ███████████████████████████████████████████████████████████

131.    Mladen has no other adequate legal remedy to protect his rights. ██████████ ███████████████████████████████████████████████████████████ ███████████████████████████

The Plaintiff, Mladen Miljas, respectfully requests this Court issue a Permanent Injunction enjoining Defendants Greg Cohen and Cohen Promotions from directly or indirectly, in whole or in part, from the date of the issuance of the Court's order, engaging in the following conduct on penalty of contempt:

A.      Abusing, harassing, intimidating, molesting, interfering with, or menacing Mladen Miljas, or otherwise having any contact whatsoever with Mladen Miljas without the presence of his attorney or other authorized representative;

B.      Contacting any third parties at all with the intent to persuade them to terminate or cancel any existing business relationships or contracts with Mladen Miljas or to dissuade them from entering into such business relationships or contracts;

C.      Making false or defamatory statements against Mladen Miljas, ██████ ████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ██████████████████████████████████; or

D.      Otherwise engaging in the conduct complained of herein.

## **JURY DEMAND**

Plaintiff Mladen Miljas demands a trial by jury on all issues so triable.

## **VERIFICATION**

| | |
|---|---|
| PROVINCE OF ONTARIO | ) |
| | ) ss. |
| CITY OF TORONTO | ) |

I, Mladen Miljas, being first duly sworn, state that I am familiar with the facts alleged in the foregoing Complaint for Declaratory Relief, Injunctive Relief, and Damages, and said facts are true and correct to the best of my knowledge and belief.

DATE:  October 13, 2020

SIGNED:  *Mladen Miljas*
Mladen Miljas

25

Dated:  October 14, 2020               Respectfully submitted,


*/s/ Michael A. Dee*                    
Michael A. Dee, AT0002043
Brian S. McCormac, AT0005117
Thomas D. Story, AT0013130
BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE & SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone:  515-242-2400
Facsimile:  515-323-8531
E-Mail:  michael.dee@brownwinick.com
          brian.mccormac@brownwinick.com
          thomas.story@brownwinick.com

ATTORNEYS FOR PLAINTIFF