

EXHIBIT A


EXHIBIT A


EXHIBIT A


EXHIBIT A


EXHIBIT A


EXHIBIT A



EXHIBIT A




EXHIBIT A


EXHIBIT A



EXHIBIT A



EXHIBIT A