

EXHIBIT B



EXHIBIT B