

EXHIBIT C



EXHIBIT C

EXHIBIT C



EXHIBIT C



EXHIBIT C