

**EXHIBIT D**



EXHIBIT D