**EXHIBIT E**



EXHIBIT E