

EXHIBIT F



Case 4:20-cv-00320-SMR-SBJ   Document 1-7   Filed 10/15/20   Page 2 of 4

EXHIBIT F

EXHIBIT F



EXHIBIT F