IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>    Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and,<br>GREG COHEN,<br><br>    Defendants. | CASE NO. 4:20-cv-00320<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER** |

Plaintiff, Mladen Miljas, and Defendants, Greg Cohen Promotions, LLC, and Greg Cohen, by and through their undersigned counsel, hereby stipulate to the following:

1. The undersigned general counsel for Defendants Greg Cohen Promotions, LLC, and Greg Cohen, voluntarily accepted service of the Summons and Complaint, both unredacted and redacted, on October 28, 2020.

2. Counsel for all parties have agreed to extend the Defendants' deadline to file their Answer to the Complaint from November 18, 2020 to December 10, 2020.

   IT IS SO STIPULATED.

Dated:  October 29, 2020

| | |
|---|---|
| */s/ Michael A. Dee* | */s/ David A. Schrader* |
| Michael A. Dee, AT0002043<br>BROWN, WINICK, GRAVES, GROSS, AND BASKERVILLE, P.L.C.<br>666 Grand Avenue, Suite 2000,<br>Des Moines, IA 50309-2510<br>Telephone:  515-242-2400<br>Facsimile:   515-323-8531<br>E-mail:  michael.dee@brownwinick.com<br><br>ATTORNEYS FOR PLAINTIFF | David A. Schrader<br>PAYKIN KRIEG & ADAMS, LLP<br>155 E. 44th Street, 6th floor, 10 Grand Central<br>New York, NY 10017<br>Telephone: (212) 725-4423<br>E-mail: dschrader@PKA-law.com<br><br>GENERAL COUNSEL FOR DEFENDANTS - ** NOT ADMITTED IN IOWA AND ENTERING THIS STIPULATION FOR SCHEDULING PURPOSES |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served via electronic mail on the following:

David A. Schrader
PAYKIN KRIEG & ADAMS, LLP
155 E. 44th Street, 6th floor, 10 Grand Central
New York, NY 10017
Telephone: (212) 725-4423
E-mail: dschrader@PKA-law.com

                                                     */s/ Helen Mollenbeck*
                                                     Helen Mollenbeck, Legal Assistant