IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLDEN MILJAS,<br><br>    Plaintiffs,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC and GREG COHEN,<br><br>    Defendants. | Case No. 20-cv-00320<br><br><br>**DEFENDANTS' MOTION TO DISMISS** |

**COME NOW** the Defendants, Greg Cohen Promotions, LLC and Greg Cohen, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(6), 12(b)(2) and 9(b), and LR 7, and for their motion to dismiss hereby state as follows:

1. Plaintiff filed his Complaint in this matter on or about October 27, 2020.

2. Plaintiff, a professional boxer, entered into an Exclusive Boxing Promotional Agreement with Defendant Greg Cohen Promotions, LLC, a boxing promotional company. The gravamen of Plaintiff's Complaint is that Defendant Greg Cohen Promotions, LLC failed to perform its contractual duties.

3. However, many of the counts contained in Plaintiff's Complaint lack the requisite particularity or specific allegations to state a claim under the Federal Rules. Thus, these counts should be dismissed.

4. Moreover, none of the parties have any connection with the State of Iowa and Greg Cohen individually has no minimum contacts with the State. The sole basis for

venue in Iowa is based upon a forum selection clause contained in the Exclusive Boxing Promotional Agreement.

5.      Accordingly, and as explained more fully in their Memorandum of Authorities and the Declaration of Greg Cohen filed contemporaneously herewith, this Court lacks personal jurisdiction over Defendant Greg Cohen and the Complaint should be dismissed in its entirety against him.  Further, Counts III, IV, V and VI of the Complaint should be dismissed against Defendant Greg Cohen Promotions, LLC.

WHEREFORE Defendants, Greg Cohen Promotions, LLC and Greg Cohen, respectfully request that defendants' motion to dismiss be granted and that (a) the Complaint be dismissed in entirety against Greg Cohen; and (b) that Counts III, IV, V and VI be dismissed with prejudice as against all parties.

        BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

        By: */s/ Timothy N. Lillwitz*
            Timothy N. Lillwitz  AT0008904
            801 Grand Avenue, Suite 3700
            Des Moines, IA  50309-8004
            Phone:  (515) 246-5898
            Fax:  (515) 246-5808
            E-Mail:  lillwitz.timothy@bradshawlaw.com

        Of Counsel: David A. Schrader

ATTORNEYS FOR DEFENDANTS

-3-

Copy to:

Michael A. Dee
Brian S. McCormac
Thomas D. Story
Brown, Winick, Graves, Gross,
Baskerville & Schoenbaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
E-Mail:  michael.dee@brownwinick.com
E-Mail:  brian.mccormac@brownwinick.com
e-Mail:  thomas.story@brownwinick.com
ATTORNEYS FOR PLAINTIFF

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective mailing/email address as disclosed by the pleadings of record herein, on the 10th day of December, 2020, by:

☐ US MAIL            ☐ EMAIL
☐ EDMS               ☒ CM/ECF
☐ SHAREFILE          ☐ OTHER _____

/s/ LORI O'CONNOR

---