IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MLADEN MILJAS, | ) | Case No. 4:20-cv-00320-SMR-CFB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE |
| GREG COHEN PROMOTIONS, LLC, and GREG COHEN, | ) ) ) ) | |
| Defendants. | ) | |

On December 22, 2020, Plaintiff Mladen Miljas filed a motion for preliminary injunction. [ECF No. 11]. In the motion, Plaintiff requested expedited briefing. On December 28, 2020, the Court denied expedited briefing and directed that deadlines would remain as reflected on the docket. [ECF No. 12]. Pursuant to the local rules, Defendants had until January 5, 2021 to file a response to the motion for preliminary injunction. *See* LR 7(e) ("Each party resisting a motion must, within 14 days after the motion is served, file a resistance in the form of a brief containing a statement of the grounds for resisting the motion and citations to the authorities upon which the resisting parties relies."). Defendants filed a resistance to the motion for preliminary injunction on February 11, 2021. [ECF No. 18].

Defendants are hereby ORDERED to show cause why their resistance to the motion for preliminary injunction was not untimely and why the Court should consider it by no later than **February 15, 2021 at 12:00 pm central standard time.**

IT IS SO ORDERED.

Dated this 12th day of February, 2021.

_____
STEPHANIE M. ROSE, JUDGE
UNITED STATES DISTRICT COURT