IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MLADEN MILJAS, | ) | Case No. 4:20-cv-00320-SMR-CFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER SETTING EVIDENTIARY |
| | ) | HEARING ON MOTION FOR |
| GREG COHEN PROMOTIONS, LLC, and | ) | PRELIMINARY INJUNCTION |
| GREG COHEN, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a Motion for Preliminary Injunction by Plaintiff Mladen Miljas. [ECF No. 11]. Plaintiff requests the Court enjoin Defendants, Greg Cohen and Greg Cohen Promotions, LLC, from: "abusing, harassing, intimidating, molesting, interfering with, or menacing" Plaintiff; "contacting third parties at all with the intent to persuade them to terminate or cancel any existing business relationships or contracts with" Plaintiff or "dissuad[ing] them from entering into such business relationships or contracts"; or "making false or defamatory statements" about Plaintiff including "making any claim that [Plaintiff] remains subject to the [Agreement], is restricted from engaging in other business relationships . . . or owes any duties to [GCP] in connection" with the Agreement. [ECF No. 11-1 at 1].

On February 16, 2021, the Court held oral argument on the Motion for Preliminary Injunction and Defendants' Motion to Dismiss, [ECF No. 8]. At the conclusion of the hearing, the Court directed Defendants to provide supporting documentation related to Defendants' assertion that Plaintiff unreasonably declined fight opportunities.

Defendants have submitted additional documentation, [ECF No. 27], to which Plaintiff has responded, [ECF No. 28]. At this point, in order for the Court to resolve the dispute involving the

requirements of Section Three in the Exclusive Boxing Promotional Agreement ("Agreement"), the Court finds it necessary to hold an evidentiary hearing. The supplementary documentation submitted by the parties does not resolve whether Plaintiff unreasonably declined fights, resulting in Defendants failing to satisfy the numerosity requirement in Section Three of the Agreement. Specifically, the affidavits submitted by Miljas and Cohen cannot be reconciled absent a credibility determination by the Court. This will be a live hearing and any testimony the parties wish to offer should be presented in-person.

The parties are directed to provide evidence in support of their position on the Motion for Preliminary Injunction. The hearing will be held April 9, 2021 at 1:30 pm in Room 145-1st Floor South in Des Moines.

IT IS SO ORDERED.

Dated this 17th day of March, 2021.

_____
STEPHANIE M. ROSE, JUDGE
UNITED STATES DISTRICT COURT