IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MLADEN MILJAS, | ) | Case No. 4:20-cv-00320-SMR-CFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GREG COHEN PROMOTIONS, LLC, and GREG COHEN, | ) ) | |
| | ) | |
| Defendants. | ) | |

In an order filed on April 30, 2021, the Court granted Plaintiff's Motion for Preliminary Injunction and ordered Plaintiff to post bond in the amount of $35,000 pursuant to Federal Rule of Civil Procedure 65(c). [ECF No. 39]. The Court has determined that either a cash or surety bond is appropriate.

Plaintiff may provide security by posting a surety bond or mailing a cash bond in the amount of $35,000 to the Clerk of the United States District Court for the Southern District of Iowa, 123 East Walnut Street, Des Moines, Iowa 50309.

If cash bond is posted, the Clerk of Court is directed to deposit the funds into an interest-bearing account with the Court Registry Investment System as specified in Administrative Order 16-AO-8-P and to retain such funds on deposit until further order of the Court. The Court finds the funds are not "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. § 1.468B-9(b)(1)). Accordingly, the Administrative Office of the United States Courts is authorized and directed to administer the funds, and charge fees, under the Court Registry Investment System.

IT IS SO ORDERED.

Dated this 3rd day of May, 2021.

_____
STEPHANIE M. ROSE, JUDGE
UNITED STATES DISTRICT COURT