UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>    Plaintiff,<br><br>vs.<br><br>GREG COHEN, and GREG COHEN PROMOTIONS, LLC,<br><br>    Defendants. | 4:20-CV-00320-SMR-SHL<br><br><br>SCHEDULING AND<br>TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on August 6, 2021. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **September 12, 2022** at **9:00 AM** before United States District Judge Stephanie Rose at the United States Courthouse, Des Moines, Iowa. Trial is estimated to take five (5) days.

2. A Final Pretrial Conference shall be held on **August 31, 2022** at **10:00 AM** at the United States Courthouse, Des Moines, Iowa, before Magistrate Judge Stephen Locher.

3. Initial Disclosures shall be made by **August 10, 2021.**

4. Motions to add parties shall be filed by **September 28, 2021**.

5. Motions for leave to amend pleadings shall be filed by **September 28, 2021**.

6. Plaintiff shall designate expert witnesses and disclose their written reports by **October 28, 2021**.

7. Defendant shall designate expert witnesses and disclose their written reports by **December 28, 2021**.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **January 28, 2022**.

9. Discovery shall be completed by **March 28, 2021**. Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by **April 1, 2022**.

IT IS SO ORDERED

DATED August 6, 2021.

_____
Stephen H. Locher
UNITED STATES MAGISTRATE JUDGE