IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>　　　Plaintiff/Counterclaim Defendant,<br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>　　　Defendants/Counterclaimants.<br>-------------------------------------------------<br>GREG COHEN PROMOTIONS, LLC,<br><br>　　　Third Party Plaintiff<br>v.<br><br>JOHN DOE and ABC CORP.,<br><br>　　　Third-Party Defendants. | CASE NO. 4:20-cv-320-SMR-CFB<br><br><br><br><br><br><br>**JOINT STATUS UPDATE ON DISCOVERY** |

**COME NOW** the Parties, jointly, pursuant to the Court's December 14, 2021, Order [Dkt. 86], and hereby submit the following joint (albeit belated) status report indicating their progress in complying with said Order:

Plaintiff's counsel provided Defendants' counsel with a list of search terms on December 15, 2021. To date Defendants have not yet supplemented their discovery responses. Defendants have undertaken the following to comply with the Court's Order and supplement their discovery responses:

　　A.　Defendants have determined that all texts and emails (including historic data for the relevant time frame) are available on a cloud-based server and can be searched.

B.    Plaintiff has provided a request for 85 search terms to be searched for emails and texts. With regard to the 85 search terms, the search on 83 of them is currently underway with Defendants objecting to 2 search terms: (a) Rob /3 Brant; and (b) Jarrell /3 Miller which terms are not related to any information the subject to this dispute (but rather other boxers with which Greg Cohen Promotions has had previous dealings). Plaintiff responds that it has reason to believe one or both Defendants have had issues with these two fighters similar to those asserted in this lawsuit involving Plaintiff, which is why, of all the fighters the Defendants have represented over the years, only these two are included in the search terms. Plaintiff considers this a narrow and specifically-tailored request that meets the parameters of proper discovery.

C.    Defendants expect to have completed the process of undertaking the search and expect to have the search completed by Friday, December 31, 2021. Once the search process is completed, defendants' counsel will be reviewing the materials for privilege and responsiveness to the subject matter of the requests made and expect to provide a rolling production with the intent to have all materials produced by January 5, 2022.

WHEREFORE, the parties, jointly, respectfully request the Court accept the foregoing as an update on discovery matters pursuant to the Court's December 14, 2021 Order.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:    */s/ Timothy N. Lillwitz*
Timothy N. Lillwitz  AT0008904
Blake R. Hanson  AT0012696
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Tel:  (515) 243-4191
Fax:  (515) 246-5808
Email:  lillwitz.timothy@bradshawlaw.com
Email:  hanson.blake@bradshawlaw.com

By:    */s/ David A. Schrader*
David A. Schrader  (admitted Pro Hac Vice)
Paykin Krieg & Adams, LLP
155 East 44th Street, 6th Fl.
New York, New York  10017
Tel:  (347) 879-2345
Email:  dschrader@pka-law.com

**ATTORNEYS FOR DEFENDANTS**

By:    */s/ Michael A. Dee*
Michael A. Dee
Brian S. McCormac
Thomas D. Story
Brown, Winick, Graves, Gross,
Baskerville & Schoenbaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Email: michael.dee@brownwinick.com
Email: brian.mccormac@brownwinick.com
Email: thomas.story@brownwinick.com

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective mailing/email address as disclosed by the pleadings of record herein, on the 27th day of December, 2021 by:

☐ US MAIL             ☐ EMAIL
☐ EDMS               ☒ CM/ECF
☐ SHAREFILE      ☐ OTHER

   */s/ Lucy Anderson*