IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>    Defendants, and, with respect to Greg Cohen Promotions, LLC, Counterclaim Plaintiff. | Case No. 4:20-cv-320-SMR-CFB<br><br>**PLAINTIFF/ COUNTERCLAIM DEFENDANT'S TRIAL EXHIBIT LIST** |

COMES NOW the Plaintiff/Counterclaim Defendant, Mladen Miljas, by and through undersigned counsel, and hereby states he may offer to use any of the following exhibits at trial:

**EXHIBITS**

| Exhibit | Description | Objections | Objection Reasons | Admitted (Y/N) |
|---|---|---|---|---|
| 1. | Promoter and Boxer Exclusive Promotional Rights Agreement between Queensberry Poland Limited and Mladen Miljas, dated 9/3/2020 | | | |
| 2. | Exclusive Boxing Promotional Agreement, between Greg Cohen Promotions, LLC, and Mladen Miljas, dated 6/11/2018 | | | |
| 3. | Breach of Contract Notice to Greg Cohen Promotions, LLC, dated 5/21/2020 | | | |
| 4. | Response to Breach of Contract Notice to Mladen Milas, dated 6/19/2020 | | | |
| 5. | Official Notice of Termination to Greg Cohen Promotions, LLC, dated 6/21/2020 | | | |
| 6. | Emails re: Official Fight Offer, dated 9/15/2020 | | | |
| 7. | Supplemental Declaration of Mladen Miljas, filed 2/15/2021 | | | |
| 8. | Official Bout Agreement, dated 6/8/2020 | | | |
| 9. | WBN10 Online Article: "Heavyweight with Modest Opponent Record of 93-96-3 Ranked | | | |

| | | | | |
|---|---|---|---|---|
| | 14th by WBA," dated 9/9/2020 | | | |
| 10. | Chronicle Online Article: "We must forget Mladen Miljas" | | | |
| 11. | Advisor Agreement between Ringleader Boxing Management, LLC, and Mladen Miljas, dated 4/9/2019 | | | |
| 12. | Text messages between Greg Cohen and Sal Jobe, dated c. 9/22/2020 | | | |
| 13. | Text messages re: Ruann Visser, dated c. 10/2/2019 | | | |
| 14. | Email to Greg Cohen and Steven Heid, from Mladen Miljas: "[I] have not received the contractual number of fights," dated 3/11/2020 | | | |
| 15. | Email to Greg Cohen, from Mladen Miljas: "[Y]our are officially terminated," dated 6/21/2020 | | | |
| 16. | Text messages between Greg Cohen and Mladen Miljas, dated c. 7/18/2018-7/20/2018 | | | |
| 17. | Text messages between Greg Cohen and Mladen Miljas, dated c. 8/2/2018 | | | |
| 18. | Text messages between Greg Cohen and Mladen Miljas re: booking flights and itinerary, dated 8/9/2018 | | | |
| 19. | Airline Reservations for Mladen Miljas's flights on 8/16/2018 and 8/18/2018 | | | |
| 20. | Text messages between Greg Cohen and Mladen Miljas re: upcoming fights, c. 9/2018-11/2018 | | | |
| 21. | Emails between Greg Cohen and Mladen Miljas re: Plaintiff's career concerns, dated c. 12/27/2018 | | | |
| 22. | Text messages between Greg Cohen and Mladen Miljas re: post-trip/fight, dated c. 3/2/2019 | | | |
| 23. | Text messages between Greg Cohen and Mladen Miljas re: fight in Fargo, dated 6/25/2019 | | | |
| 24. | Email to Greg Cohen, from Jozo Miljas: "[W]e are okay with this opponent too," dated 12/22/2018 | | | |
| 25. | Emails between Greg Cohen and Jozo Miljas re: introductions, dated c. 12/7/2018 | | | |
| 26. | Emails between Sal Jobe and Greg Cohen, dated c. 10/10/21 | | | |
| 27. | Comparison photo of Mladen Miljas and | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Aaron Chavers in 2019 |  |  |  |
| 28. | Video of Mladen Miljas v. Aaron Chavers fight on August 9, 2019 |  |  |  |
| 29. | Plaintiff's Expert Report of James J. Thomas II, Esq., and exhibits, dated 1/24/201 |  |  |  |
| 30. | Plaintiff's Expert Report of Scott Shaffer and exhibits, dated 1/24/2022 |  |  |  |

In addition to the above, Plaintiff/Counterclaim Defendant may offer or use any of the following as exhibits at trial:

1. Deposition transcripts of any witness in this matter or any other matter.

2. Any exhibit, document or thing referenced in the deposition or other testimony of any person in this matter.

3. Summaries as permitted under the Federal Rules of Evidence;

4. Any pleading or written discovery response served or filed by any party in this matter.

5. Any exhibit offered or listed by any other party.

6. Any exhibit necessary for cross-examination or impeachment of any witness.

7. Any exhibit necessary for proper rebuttal or sur-rebuttal.

8. Any correspondence sent between the parties or counsel for the parties in this case.

9. Any demonstrative exhibit or evidence necessary to illustrate the testimony of a witness or any other matter at issue in this lawsuit; and/or

10. Any other document needed to establish Plaintiff/Counterclaim Defendant's claims or defenses in this matter.

Respectfully submitted,

/*s/ Michael A. Dee*
Michael A. Dee, AT0002043
Brian S. McCormac, AT0005117
Thomas D. Story, AT0013130
BROWN, WINICK, GRAVES, GROSS, AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone:  515-242-2400
Facsimile:   515-283-0231
Email:  michael.dee@brownwinick.com
           brian.mccormac@brownwinick.com
           thomas.story@brownwinick.com

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT MLADEN MILJAS

## **CERTIFICATE OF SERVICE**

I certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will serve all counsel of record.

*/s/ Helen Mollenbeck*
Helen Mollenbeck, Legal Assistant

4