IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>Defendants, and, with respect to Greg Cohen Promotions, LLC, Counterclaim Plaintiff. | NO. 4:20-cv-320-SMR-CFB<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT'S TRIAL WITNESS LIST** |

COMES NOW the Plaintiff/Counterclaim Defendant, Mladen Miljas, by and through undersigned counsel, and hereby states he may call any of the following as witnesses at trial, either live or by deposition:

1. Mladen Miljas
2. Greg Cohen
3. Joseph Miljas
4. Mary Yocoub
5. Stefanie Miljas
6. James J. Thomas
7. Scott Shaffer
8. Any witnesses called or listed by any other party.
9. Any witness necessary for a proper rebuttal, sur-rebuttal, or impeachment.
10. Any witness necessary for proper foundation, identification, or authentication for any exhibits.

11. Any witness necessary due to any pretrial ruling by this Court on any pending pretrial motion, if any.

                    Respectfully submitted,

                    /*s/ Michael A. Dee*
                    Michael A. Dee, AT0002043
                    Brian S. McCormac, AT0005117
                    Thomas D. Story, AT0013130
                    BROWN, WINICK, GRAVES, GROSS, AND BASKERVILLE, P.L.C.
                    666 Grand Avenue, Suite 2000
                    Des Moines, IA 50309-2510
                    Telephone:  515-242-2400
                    Facsimile:  515-283-0231
                    Email:  michael.dee@brownwinick.com
                             brian.mccormac@brownwinick.com
                             thomas.story@brownwinick.com

                    ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT MLADEN MILJAS

## CERTIFICATE OF SERVICE

I certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will serve all counsel of record.

                    */s/ Helen Mollenbeck*
                    Helen Mollenbeck, Legal Assistant