IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>Defendants. | CASE NO. 4:20-cv-320-SMR-SBJ<br><br>**VERDICT FORM ON PLAINTIFF'S BREACH OF CONTRACT CLAIM**<br><br>Verdict Form One |

**MLADEN MILJAS'S BREACH OF CONTRACT CLAIM**

We, the Jury, find the following as to Mladen Miljas's breach of contract claim against Greg Cohen Promotions, LLC:

1. Has Mladen Miljas proved his breach of contract claim against Greg Cohen Promotions, LLC? Please place a check mark next to your answer.

    YES __X__        NO _____

    *If you answered "Yes" to question 1, please answer questions 2 and 3. If you answered "No" to question 1, do not answer questions 2, 3, or 4, sign and date this Verdict Form, and proceed to Verdict Form 2.*

2. What amount of damages should Mladen Miljas be awarded for his breach of contract claim against Greg Cohen Promotions, LLC?

    $ __92,200__

3. Did Greg Cohen Promotion, LLC prove its affirmative defense of Mladen Miljas's failure to mitigate his damages? Please place a check mark next to your answer.

    YES _____        NO __X__

    *If you answered "Yes" to question 3, please answer question 4. If you answered "No" to question 3, do not answer question 4, sign and date this Verdict Form, and proceed to Verdict Form 2.*

**(Form Continued on Next Page)**

**VERDICT FORM ON MLADEN MILJAS'S BREACH OF CONTRACT CLAIM – Page 2**

4. What amount of damages did Mladen Miljas fail to mitigate?

   $ 0

*Sign and date this Verdict Form and proceed to Verdict Form 2.*

Feb. 9, 2023
Date                                                                Foreperson

Juror                                                                Juror

Juror                                                                Juror

Juror                                                                Juror

Juror                                                                Juror

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>Defendants. | CASE NO. 4:20-cv-320-SMR-SBJ<br><br>**VERDICT FORM ON PLAINTIFF'S TORTIOUS INTERFERENCE WITH EXISTING CONTRACT AND/OR PROSPECTIVE BUSINESS RELATIONSHIP CLAIM**<br><br>Verdict Form Two A |

**MLADEN MILJAS'S TORTIOUS INTERFERENCE WITH EXISTING CONTRACT AND/OR PROSPECTIVE BUSINESS RELATIONSHIP CLAIM**

We, the Jury, find the following as to Mladen Miljas's tortious interference with existing contract and/or prospective business relationship claim against Greg Cohen Promotions, LLC:

1. Has Mladen Miljas proved his tortious interference claim against Greg Cohen Promotions, LLC? Please place a check mark next to your answer.

    YES __X__        NO _____

    *If you answered "Yes" to question 1, please answer questions 2 and 3. If you answered "No" to question 1, do not answer questions 2, 3, 4, or 5, sign and date this Verdict Form, and proceed to Verdict Form 2B.*

2. What amount of damages should Mladen Miljas be awarded for tortious interference claim against Greg Cohen Promotions, LLC?

    $ 177,575

(Form Continued on Next Page)

VERDICT FORM A ON MLADEN MILJAS'S TORTIOUS
INTERFERENCE WITH EXISTING CONTRACT AND/OR
PROSPECTIVE BUSINESS RELATIONSHIP CLAIM – Page 2

3. Do you find by a preponderance of clear, convincing, and satisfactory evidence that the conduct of <u>Greg Cohen Promotions, LLC</u> constituted willful and wanton disregard for the rights or safety of another?

   YES __X__        NO _____

   *If you answered "Yes" to question 3, please answer questions 4 and 5, then sign and date this Verdict Form. If you answered "No" to question 3, do not answer questions 4 or 5, sign and date this Verdict Form, and proceed to Verdict Form 2B.*

4. What amount of punitive damages, if any, do you award to Mladen Miljas for the conduct of <u>Greg Cohen Promotions, LLC</u>?

   $ __97,666.75/100__

5. Was the conduct of <u>Greg Cohen Promotions, LLC</u> directed specifically at Mladen Miljas?

   YES __X__        NO _____

*Sign and date this Verdict Form and proceed to Verdict Form 2B.*

__Feb. 9, 2023__
Date                                                Foreperson


Juror                                               Juror


Juror                                               Juror


Juror                                               Juror

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>Defendants. | CASE NO. 4:20-cv-320-SMR-SBJ<br><br>**VERDICT FORM ON PLAINTIFF'S TORTIOUS INTERFERENCE WITH EXISTING CONTRACT AND/OR PROSPECTIVE BUSINESS RELATIONSHIP CLAIM**<br><br>Verdict Form Two B |

**MLADEN MILJAS'S TORTIOUS INTERFERENCE WITH EXISTING CONTRACT AND/OR PROSPECTIVE BUSINESS RELATIONSHIP CLAIM**

We, the Jury, find the following as to Mladen Miljas's tortious interference with existing contract and/or prospective business relationship claim against Greg Cohen individually:

1. Has Mladen Miljas proved his tortious interference claim against Greg Cohen individually? Please place a check mark next to your answer.

    YES __X__    NO _____

    *If you answered "Yes" to question 1, please answer questions 2 and 3. If you answered "No" to question 1, do not answer questions 2, 3, 4, or 5, sign and date this Verdict Form, and proceed to Verdict Form 3.*

2. What amount of damages should Mladen Miljas be awarded for tortious interference claim against Greg Cohen individually?

    $ __532,725__

(Form Continued on Next Page)

## VERDICT FORM B ON MLADEN MILJAS'S TORTIOUS INTERFERENCE WITH EXISTING CONTRACT AND/OR PROSPECTIVE BUSINESS RELATIONSHIP CLAIM – Page 2

3. Do you find by a preponderance of clear, convincing, and satisfactory evidence that the conduct of <u>Greg Cohen individually</u> constituted willful and wanton disregard for the rights or safety of another?

   YES __X__    NO _____

   *If you answered "Yes" to question 3, please answer questions 4 and 5, then sign and date this Verdict Form. If you answered "No" to question 3, do not answer questions 4 or 5, sign and date this Verdict Form, and proceed to Verdict Form 3.*

4. What amount of punitive damages, if any, do you award to Mladen Miljas for the conduct of <u>Greg Cohen individually</u>?

   $ 292,998 75/100

5. Was the conduct of <u>Greg Cohen individually</u> directed specifically at Mladen Miljas?

   YES __X__    NO _____

   *Sign and date this Verdict Form and proceed to Verdict Form 3.*

Feb. 9, 2023
Date

Foreperson

Juror                    Juror

Juror                    Juror

Juror                    Juror

Juror                    Juror

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>Defendants. | CASE NO. 4:20-cv-320-SMR-SBJ<br><br>**VERDICT FORM ON PLAINTIFF'S VIOLATION OF THE MUHAMMED ALI BOXING REFORM ACT CLAIM**<br><br>Verdict Form Three A |

**MLADEN MILJAS'S VIOLATION OF THE MUHAMMED ALI BOXING REFORM ACT CLAIM**

We, the Jury, find the following as to Mladen Miljas's Muhammed Ali Boxing Reform Act claim against <u>Greg Cohen Promotions, LLC</u>:

1. Has Mladen Miljas proved his Muhammed Ali Boxing Reform Act claim against <u>Greg Cohen Promotions, LLC</u>? Please place a check mark next to your answer.

   YES __X__     NO _____

   *If you answered "Yes" to question 1, please answer questions 2 and 3. If you answered "No" to question 1, do not answer questions 2, 3, 4, or 5, sign and date this Verdict Form and proceed to Verdict Form 3B.*

2. What amount of damages should Mladen Miljas be awarded for his Muhammed Ali Boxing Reform Act claim against <u>Greg Cohen Promotions, LLC</u>?

   $ 0 & Court Cost and reasonable attorneys fees & expenses

(Form Continued on Next Page)

VERDICT FORM A ON MLADEN MILJAS'S VIOLATION OF THE
MUHAMMED ALI BOXING REFORM ACT CLAIM – Page 2

3. Do you find by a preponderance of clear, convincing, and satisfactory evidence that the conduct of <u>Greg Cohen Promotions, LLC</u> constituted willful and wanton disregard for the rights or safety of another?

   YES __X__   NO _____

   *If you answered "Yes" to question 3, please answer questions 4 and 5, then sign and date this Verdict Form. If you answered "No" to question 3, do not answer questions 4 or 5, sign and date this Verdict Form, and proceed to Verdict Form 3B.*

4. What amount of punitive damages, if any, do you award to Mladen Miljas for the conduct of <u>Greg Cohen Promotions, LLC</u>?

   $ 200,000

5. Was the conduct of <u>Greg Cohen Promotions, LLC</u> directed specifically at Mladen Miljas?

   YES __X__   NO _____

Feb. 9, 2023
Date

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>Defendants. | CASE NO. 4:20-cv-320-SMR-SBJ<br><br>**VERDICT FORM ON PLAINTIFF'S VIOLATION OF THE MUHAMMED ALI BOXING REFORM ACT CLAIM**<br><br>Verdict Form Three B |

**MLADEN MILJAS'S VIOLATION OF THE MUHAMMED ALI BOXING REFORM ACT CLAIM**

We, the Jury, find the following as to Mladen Miljas's Muhammed Ali Boxing Reform Act claim against <u>Greg Cohen individually</u>:

1. Has Mladen Miljas proved his Muhammed Ali Boxing Reform Act claim against <u>Greg Cohen individually</u>? Please place a check mark next to your answer.

    YES _____        NO __X__

    *If you answered "Yes" to question 1, please answer questions 2 and 3. If you answered "No" to question 1, do not answer questions 2, 3, 4, or 5, sign and date this Verdict Form and notify the Court you have concluded your deliberations.*

2. What amount of damages should Mladen Miljas be awarded for his Muhammed Ali Boxing Reform Act claim against <u>Greg Cohen individually</u>?

    $_____

(Form Continued on Next Page)

# VERDICT FORM B ON MLADEN MILJAS'S VIOLATION OF THE MUHAMMED ALI BOXING REFORM ACT CLAIM – Page 2

3. Do you find by a preponderance of clear, convincing, and satisfactory evidence that the conduct of <u>Greg Cohen individually</u> constituted willful and wanton disregard for the rights or safety of another?

    YES _____    NO _____

    *If you answered "Yes" to question 3, please answer questions 4 and 5, then sign and date this Verdict Form. If you answered "No" to question 3, do not answer questions 4 or 5, sign and date this Verdict Form, and advise the Court you have concluded your deliberations.*

4. What amount of punitive damages, if any, do you award to Mladen Miljas for the conduct of <u>Greg Cohen individually</u>?

    $_____

5. Was the conduct of <u>Greg Cohen individually</u> directed specifically at Mladen Miljas?

    YES _____    NO _____

Feb. 9, 2023
_____     _____
Date                                                                                Foreperson

_____     _____
Juror                                                                              Juror

_____     _____
Juror                                                                              Juror

_____     _____
Juror                                                                              Juror

_____     _____
Juror                                                                              Juror