~~[scribbled out]~~

Can we find both business & individual liable for tortious inference on Forms Two A & B

4:42pm Feb 8 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS, <br><br> Plaintiff, <br><br> v. <br><br> GREG COHEN PROMOTIONS, LLC, and GREG COHEN, <br><br> Defendants. | CASE NO. 4:20-cv-320-SMR-SBJ <br><br> ANSWER TO JUROR QUESTION |

I received your note asking:

"Can we find both business & individual liable for tortious in[ter]ference on Forms Two A & B"

4:42 pm  Feb 8 2023

/s/
/s/

The answer is yes.

Dated this 8th day of February, 2023

STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT