Regarding the Muhammed Ali Boxing Reform Act, what is the prize bid held for the boxing match?
↳ Can we get a definition?

Feb 9 2023     10:18am

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>Defendants. | CASE NO. 4:20-cv-320-SMR-SBJ<br><br>ANSWER TO JUROR QUESTION 2 |

I received your note asking:

"Regarding the Muhammed Ali Boxing Reform Act, what is the prize bid held for the boxing match?

Can we get a definition?"

Feb 9 2023  10:18 am

   /s/
   /s/

You will need to rely upon information presented during trial. I am unable to provide a further definition for you.

Dated this 9th day of February, 2023

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT