For damages for Mohammad Ali, can "court costs and reasonable attorneys' fees and expenses" be written, or does it have to be a specific dollar amount?

Feb 9 2023    11:51am

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC, and GREG COHEN,<br><br>Defendants. | CASE NO. 4:20-cv-320-SMR-SBJ<br><br>ANSWER TO JUROR QUESTION 3 |

I received your note asking:

*For damages for Muhammed Ali, can "court costs and reasonable attorneys' fees and expenses" be written, or does it have to be a specific dollar amount?*

*Feb 9 2023 11:51 am*

/s/
/s/

If you unanimously determine Plaintiff established a violation of the Muhammed Ali Boxing Reform Act and you unanimously determine damages are appropriate, in answering Question 2 on Verdict Form Three A and/or B, you may add the words "+ court costs and reasonable attorneys' fees and expenses." <u>Do not</u> include your calculation of these costs, fees and expenses in any dollar amount that is listed on Question 2. The Court will address the amount of "court costs and reasonable attorneys' fees and expenses" with the parties after the trial.

Dated this 9th day of February, 2023

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT