**EXHIBIT LIST in MILJAS v. GREG COHEN PROMOTIONS, LLC et al, 4:20-cv-00320-SMR-SBJ**

**Plaintiff's Exhibits**

| No. | Date | Description | Marked | Admitted |
|---|---|---|---|---|
| 1 | 2/6/2023 | Promoter and Boxer Exclusive Promotional Rights Agreement between Queensberry Poland Limited and Mladen Miljas, dated 9/3/2020 | Yes | Yes |
| 2 | FPTO | Exclusive Boxing Promotional Agreement, between Greg Cohen Promotions, LLC, and Mladen Miljas, dated 6/11/2018 | Yes | Yes |
| 3 | FPTO | Breach of Contract Notice to Greg Cohen Promotions, LLC, dated 5/21/2020 | Yes | Yes |
| 4 | FPTO | Response to Breach of Contract Notice to Mladen Milas, dated 6/19/2020 | Yes | Yes |
| 5 | FPTO | Official Notice of Termination to Greg Cohen Promotions, LLC, dated 6/21/2020 | Yes | Yes |
| 6 | FPTO | Emails re: Official Fight Offer, dated 9/15/2020 | Yes | Yes |
| 8 | FPTO | Official Bout Agreement, dated 6/8/2020 | Yes | Yes |
| 9 | FPTO | WBN10 Online Article: "Heavyweight with Modest Opponent Record of 93-96-3 Ranked 14th by WBA," dated 9/9/2020 | Yes | Yes |
| 11 | FPTO | Advisor Agreement between Ringleader Boxing Management, LLC, and Mladen Miljas, dated 4/9/2019 | Yes | Yes |
| 12 | FPTO | Text messages between Greg Cohen and Sal Jobe, dated 9/22/2020 | Yes | Yes |
| 13 | FPTO | Text messages re: Ruann Visser, dated 10/2/2019 | Yes | Yes |
| 14 | FPTO | Email to Greg Cohen and Steven Heid, from Mladen Miljas: "[I] have not received the contractual number of fights," dated 3/11/2020 | Yes | Yes |
| 15 | FPTO | Email to Greg Cohen, from Mladen Miljas: "[Y]our are officially terminated," dated 6/21/2020 | Yes | Yes |
| 16 | FPTO | Text messages between Greg Cohen and Mladen Miljas, dated 7/18/2018-7/20/2018 | Yes | Yes |
| 17 | FPTO | Text messages between Greg Cohen and Mladen Miljas, dated 8/2/2018 | Yes | Yes |
| 18 | FPTO | Text messages between Greg Cohen and Mladen Miljas re: booking flights and itinerary, dated 8/9/2018 | Yes | Yes |
| 19 | FPTO | Airline Reservations for Mladen Miljas's flights on 8/16/2018 and 8/18/2018 | Yes | Yes |
| 20 | FPTO | Text messages between Greg Cohen and Mladen Miljas re: upcoming fights, 9/2018-11/2018 | Yes | Yes |
| 21 | FPTO | Emails between Greg Cohen and Mladen Miljas re: Plaintiff's career concerns, dated 12/27/2018 | Yes | Yes |
| 22 | FPTO | Text messages between Greg Cohen and Mladen Miljas re: post-trip/fight, dated 3/2/2019 | Yes | Yes |
| 23 | FPTO | Text messages between Greg Cohen and Mladen Miljas re: fight in Fargo, dated 6/25/2019 | Yes | Yes |
| 24 | FPTO | Email to Greg Cohen, from Jozo Miljas: "[W]e are okay with this opponent too," dated 12/22/2018 | Yes | Yes |
| 25 | FPTO | Emails between Greg Cohen and Jozo Miljas re: introductions, dated 12/7/2018 | Yes | Yes |
| 26 | FPTO | Emails between Sal Jobe and Greg Cohen, dated 10/10/21 | Yes | Yes |
| 27 | FPTO | Comparison photo of Mladen Miljas and Aaron Chavers in 2019 | Yes | Yes |
| 28 | FPTO | Video of Mladen Miljas v. Aaron Chavers fight on August 9, 2019 | Yes | Yes |

**Defendant's Exhibits**

| No. | Date | Description | Marked | Admitted |
|---|---|---|---|---|
| A | FPTO | Exclusive Boxing Promotional Agreement - Dated June 11, 2018 | Yes | Yes |
| B | 2/8/2023 | Miljas v. Reed Promotional Poster | Yes | Yes |
| C | FPTO | Text Exchange between Cohen and Miljas | Yes | Yes |
| D | 2/6/2023 | Text Exchange between Cohen and Miljas | Yes | Yes |
| E | 2/6/2023 | Text Exchange between Cohen and Miljas | Yes | Yes |
| F | 2/6/2023 | Text Exchange between Cohen and Miljas | Yes | Yes |
| G | 2/6/2023 | Text Exchange between Cohen and Miljas | Yes | Yes |
| H | 2/6/2023 | Text Exchange between Cohen and Miljas | Yes | Yes |
| K | FPTO | Miljas and Muhammed Flight Itinerary | Yes | Yes |
| L | FPTO | Jozo Miljas Flight Itinerary | Yes | Yes |
| N | FPTO | E-mail Exchange between Cohen and Jozo Miljas | Yes | Yes |
| O | FPTO | Text Exchange between Cohen and Muhammed | Yes | Yes |
| Q | 2/6/2023 | Text Exchange between Heid and Miljas | Yes | Yes |
| R | 2/7/2023 | Text Exchange between Cohen and Miljas | Yes | Yes |
| S | 2/7/2023 | Text Exhange between Cohen and Miljas | Yes | Yes |
| U | FPTO | Miljas/Heid/Cohen E-mail | Yes | Yes |
| AA | FPTO | Cohen Letter to Miljas | Yes | Yes |
| CC | FPTO | Miljas Termination E-mail to Cohen | Yes | Yes |
| GG | FPTO | Cohen/Miljas E-Mail Exchange | Yes | Yes |
| HH | FPTO | Gottesman Letter to Miljas | Yes | Yes |
| II | FPTO | Cohen E-mail with Sal Jobe | Yes | Yes |
| JJ | FPTO | Text Messages between Miljas and Cohen | Yes | Yes |
| KK | FPTO | August 2018 Travel Itineraries | Yes | Yes |

*FPTO-Final Pretrial Order-exhibits that were in evidence at the commencement of trial