# Plaintiff's Exhibits

| No. | Description |
|---|---|
| 1 | Promoter and Boxer Exclusive Promotional Rights Agreement between Queensberry Poland Limited and Mladen Miljas, dated 9/3/2020 |
| 2 | Exclusive Boxing Promotional Agreement, between Greg Cohen Promotions, LLC, and Mladen Miljas, dated 6/11/2018 |
| 3 | Breach of Contract Notice to Greg Cohen Promotions, LLC, dated 5/21/2020 |
| 4 | Response to Breach of Contract Notice to Mladen Milas, dated 6/19/2020 |
| 5 | Official Notice of Termination to Greg Cohen Promotions, LLC, dated 6/21/2020 |
| 6 | Emails re: Official Fight Offer, dated 9/15/2020 |
| 8 | Official Bout Agreement, dated 6/8/2020 |
| 9 | WBN10 Online Article: "Heavyweight with Modest Opponent Record of 93-96-3 Ranked 14th by WBA," dated 9/9/2020 |
| 11 | Advisor Agreement between Ringleader Boxing Management, LLC, and Mladen Miljas, dated 4/9/2019 |
| 12 | Text messages between Greg Cohen and Sal Jobe, dated 9/22/2020 |
| 13 | Text messages re: Ruann Visser, dated 10/2/2019 |
| 14 | Email to Greg Cohen and Steven Heid, from Mladen Miljas: "[I] have not received the contractual number of fights," dated 3/11/2020 |
| 15 | Email to Greg Cohen, from Mladen Miljas: "[Y]our are officially terminated," dated 6/21/2020 |
| 16 | Text messages between Greg Cohen and Mladen Miljas, dated 7/18/2018-7/20/2018 |
| 17 | Text messages between Greg Cohen and Mladen Miljas, dated 8/2/2018 |
| 18 | Text messages between Greg Cohen and Mladen Miljas re: booking flights and itinerary, dated 8/9/2018 |
| 19 | Airline Reservations for Mladen Miljas's flights on 8/16/2018 and 8/18/2018 |
| 20 | Text messages between Greg Cohen and Mladen Miljas re: upcoming fights, 9/2018-11/2018 |
| 21 | Emails between Greg Cohen and Mladen Miljas re: Plaintiff's career concerns, dated 12/27/2018 |
| 22 | Text messages between Greg Cohen and Mladen Miljas re: post-trip/fight, dated 3/2/2019 |
| 23 | Text messages between Greg Cohen and Mladen Miljas re: fight in Fargo, dated 6/25/2019 |
| 24 | Email to Greg Cohen, from Jozo Miljas: "[W]e are okay with this opponent too," dated 12/22/2018 |
| 25 | Emails between Greg Cohen and Jozo Miljas re: introductions, dated 12/7/2018 |
| 26 | Emails between Sal Jobe and Greg Cohen, dated 10/10/21 |
| 27 | Comparison photo of Mladen Miljas and Aaron Chavers in 2019 |
| 28 | Video of Mladen Miljas v. Aaron Chavers fight on August 9, 2019 |

# Defendant's Exhibits

| No. | Description |
|---|---|
| A | Exclusive Boxing Promotional Agreement - Dated June 11, 2018 |
| B | Miljas v. Reed Promotional Poster |
| C | Text Exchange between Cohen and Miljas |
| D | Text Exchange between Cohen and Miljas |
| E | Text Exchange between Cohen and Miljas |
| F | Text Exchange between Cohen and Miljas |
| G | Text Exchange between Cohen and Miljas |
| H | Text Exchange between Cohen and Miljas |
| K | Miljas and Muhammed Flight Itinerary |
| L | Jozo Miljas Flight Itinerary |
| N | E-mail Exchange between Cohen and Jozo Miljas |
| O | Text Exchange between Cohen and Muhammed |
| Q | Text Exchange between Heid and Miljas |
| R | Text Exchange between Cohen and Miljas |
| S | Text Exhange between Cohen and Miljas |
| U | Miljas/Heid/Cohen E-mail |
| AA | Cohen Letter to Miljas |
| CC | Miljas Termination E-mail to Cohen |
| GG | Cohen/Miljas E-Mail Exchange |
| HH | Gottesman Letter to Miljas |
| II | Cohen E-mail with Sal Jobe |
| JJ | Text Messages between Miljas and Cohen |
| KK | August 2018 Travel Itineraries |