# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

MLADEN MILJAS,

                                                        **CIVIL NUMBER:   4:20-cv-320-SMR-SBJ**

          Plaintiff(s),

v.                                           **JUDGMENT IN A CIVIL CASE**

GREG COHEN PROMOTION, LLC
and GREG COHEN,

          Defendant(s),

☑ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Judgment is entered in favor of the Plaintiff, Mladen Miljas and against the Defendant, Greg Cohen Promotions LLC., in the total amount of $567,441.75. Judgment is further entered in favor of the Plaintiff, Mladen Miljas and against the Defendant, Greg Cohen, in the total amount of $825,732.75.

Date: February 13, 2023

                                                    CLERK, U.S. DISTRICT COURT

                                                    /s/  Brian Phillips

                                                    By: Deputy Clerk