**Exhibit A to Plaintiff's Bill of Costs**

### A. Transcript Fees

On April 9, 2021, a hearing on Plaintiff's Motion for Preliminary Injunction was held. Plaintiff was invoiced $503.75 by court reporter Tonya R. Gerke for the transcripts of this hearing. The transcript was necessary for use in the trial and specifically used by Plaintiff's counsel during trial to impeach the trial testimony of the Defendant, Greg Cohen.

### B. Witness Fees

Relevant to all witnesses, the per diem allowance for official government travel in effect at the time of trial was $111 for daily lodging, $64 per day for meals and incidentals, and $48 per day for meals and incidentals on the first and last day of travel.

All witnesses in this case required an overnight stay because Des Moines is "so far removed from the residence of [the] witness as to prohibit return thereto from day to day." *See* 28 U.S.C. § 1821(d)(1).

Fees for Common Carrier costs are included on AO 133 as "Other Costs."

| Witness | Date of Testimony | Testimony | Dates of Travel | Travel Expenses |
|---|---|---|---|---|
| **Joseph Miljas** | Joseph Miljas testified on February 7th in Plaintiff's case-in-chief. | Mr. Miljas's testimony provided evidence of the damages Plaintiff suffered and corroboration of Plaintiff's experience in the business relationship between Plaintiff and Defendant. The testimony was reasonably necessary for the resolution of the case. | February 4th-February 10th | Lodging: $222 (allowed per diem x2) M&I: $128 (allowed per diem x2) Common Carrier Costs: $710.68* <br><br>*Receipts for Mr. Miljas's flight show CAD. This has been converted to USD using the conversion rate in effect on February 27, 2023.<br><br>**Total: $1,060.68** |
| **Scott Shaffer** | Scott Shaffer testified on February 8th in | Mr. Shaffer was a retained expert who testified on behalf of | February 5th-February 8th | Lodging: $222 (allowed per diem x2) |

|  | Plaintiff's case-in-chief. | Plaintiff to provide evidence as to Plaintiff's damages. The testimony was reasonably necessary for the resolution of the case. |  | M&I: $128 (allowed per diem x2) Common Carrier Costs: $362.20 **Total: $712.20** |
|---|---|---|---|---|
| **James Thomas III** | James Thomas III testified on February 8th in Plaintiff's case-in-chief. | Mr. Thomas was a retained expert who testified on behalf of Plaintiff to provide evidence as to the suitability of the opponents Defendants obtained for Plaintiff. The testimony was reasonably necessary for the resolution of the case. | February 5th-February 8th | Lodging: $222 (allowed per diem x2) M&I: $128 (allowed per diem x2) Common Carrier Costs: $705.65 **Total: $1,055.65** |