ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
**For the Southern District of Iowa**

INVOICE 20200153

Michael A. Dee
Brown Winick Law Firm
666 Grand Avenue, Suite 2000
Des Moines, IA 50309

**MAKE CHECKS PAYABLE TO:**
Tonya R. Gerke, CSR, RDR, CRR
Official Court Reporter
123 East Walnut Street
Room 197
Des Moines, IA 50309
(515) 284-6444
tonya.gerke.crr@gmail.com

__ CRIMINAL   X CIVIL

DATE ORDERED: 04-09-2021

DATE DELIVERED: 04-10-2021

**In the matter of:** 4:20-CV-320, Mladen Miljas v Greg Cohen Promotions and Greg Cohen

Hearing on motion for preliminary injunction held on April 9, 2021, before The Honorable Stephanie M. Rose.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 155 | 5.45 | 844.75 | 155 | 1.05 | 162.75 | | | | 1007.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 1007.50 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 04-10-2021 | | **Check:** minus dft's 1/2 share | | | | | | Less Amount of Deposit | | 503.75 |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 503.75 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
/s/ Tonya R. Gerke

DATE: 04-10-2021

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to www.irs.gov/FormW9 for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
  Tonya R. Gerke

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

  [X] Individual/sole proprietor or single-member LLC
  [ ] C Corporation
  [ ] S Corporation
  [ ] Partnership
  [ ] Trust/estate

  [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

  Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

  [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

  Exempt payee code (if any) _____

  Exemption from FATCA reporting code (if any) _____

  (Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.
  2801 NW Sharmin Drive

**6** City, state, and ZIP code
  Ankeny, IA 50023

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: 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

or

Employer identification number: ___

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ Tonya R. Gerke    Date ▶ 10/6/2020

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X                                                                  Form **W-9** (Rev. 10-2018)

## Congratulations Jozo, you are on your way! Your hotel room reservation at Embassy Suites Hotel Des Moines Downtown is confirmed.

Your reservation details are below.

### Guest Details

**Name:** Jozo Miljas
**Contact Email:** mladenmiljas@gmail.com

### Reservation Details

**Booking Status:** CONFIRMED
**Reservation Number:** R423780063
**Itinerary Number:** 9151684714466
**Check-in Date:** Saturday, February 4, 2023
**Check-out Date:** Friday, February 10, 2023

### Hotel Details

Embassy Suites Hotel Des Moines Downtown
101 E Locust St
Des Moines Iowa 50309
US

### Room Details

Room 1 (Jozo Miljas):
Room Type: Suite, 2 Double Beds, Accessible, Bathtub (Mobility & Hearing)
Guests: 2 Adult(s), 0 Children

<u>Please note:</u> Preferences and special requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges.

### Payment Details

**Room Sub Total:** USD $835.08 (excluding taxes and fees)
**Taxes & Fees:** USD $100.20
**Sub Total:** USD $935.28
**Service Fee:** USD $62.63

**Total:** USD $997.91 (including taxes and fees)

We have charged your credit card for the total amount of this reservation. All prices are displayed in USD. The charges to your credit card were made by Travelscape LLC & Reservations.com

By confirming your booking you have agreed to Reservations.com Terms of Service.

### Hotel Cancellation Policy
Cancellations or changes made between 1/30/2023 11:59:00 PM and 2/4/2023 11:59:00 PM local hotel time, are subject to a hotel fee equal to 1 night(s) plus taxes and fees. The $62.63 service fee from Reservations.com included in the total is non-refundable. The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. Any partial hotel stays is subject to be charged for the full reservations amount.

**Alesch, Casey M.**

| | |
|---|---|
| **From:** | Monster Mladen <mladenmiljas@gmail.com> |
| **Sent:** | Monday, February 27, 2023 3:46 PM |
| **To:** | Alesch, Casey M. |
| **Cc:** | Stefanie Miljas |
| **Subject:** | Fwd: eTicket Itinerary and Receipt for Confirmation INJHLL |

**[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.**

---------- Forwarded message ---------
From: **United Airlines** <Receipts@united.com>
Date: Mon., Jan. 30, 2023, 6:17 p.m.
Subject: eTicket Itinerary and Receipt for Confirmation INJHLL
To: <MLADENMILJAS@gmail.com>



Mon, Jan 30, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# INJHLL

| Flight 1 of 4 UA5832 | Class: United Economy (T) |
|---|---|

| Sat, Feb 04, 2023 | Sat, Feb 04, 2023 |
|---|---|
| **10:52 AM** | **11:56 AM** |
| Toronto, ON, CA (YYZ) | Chicago, IL, US (ORD) |

1

Flight Operated by Skywest Airlines dba United Express.

| Flight 2 of 4 UA4807 | Class: United Economy (T) |

Sat, Feb 04, 2023
**12:48 PM**
Chicago, IL, US (ORD)

Sat, Feb 04, 2023
**02:12 PM**
Des Moines, IA, US (DSM)

Flight Operated by Skywest Airlines dba United Express.

If this is an originating flight on your itinerary, please check in at the CHECK IN WITH /UNITED TERM 1 ticket counter.

| Flight 3 of 4 UA1827 | Class: United Economy (L) |

Fri, Feb 10, 2023
**03:21 PM**
Des Moines, IA, US (DSM)

Fri, Feb 10, 2023
**04:44 PM**
Chicago, IL, US (ORD)

| Flight 4 of 4 UA3458 | Class: United Economy (L) |

Fri, Feb 10, 2023
**05:50 PM**
Chicago, IL, US (ORD)

Fri, Feb 10, 2023
**08:34 PM**
Toronto, ON, CA (YYZ)

Flight Operated by Republic Airways dba United Express.

## Traveler Details

**MILJAS/MLADEN**

eTicket number: **0162462440092**

Seats: **YYZ-ORD 15A**
**ORD-DSM 18B**
**DSM-ORD 23D**
**ORD-YYZ 12A**

| | |
|---|---|
| Standard Checked Bag (0169828218380) | **DSM-ORD** |
| Economy Seat Assignment (0169828218380) | **ORD-YYZ** |
| Economy Seat Assignment (0169828218380) | **DSM-ORD** |
| Standard Checked Bag (0169828218378) | **YYZ-ORD** |
| Economy Seat Assignment (0169828218378) | **ORD-DSM** |

| | |
|---|---:|
| Economy Seat Assignment (0169828218378) | **YYZ-ORD** |

MILJAS/JOZO

| | |
|---|---:|
| eTicket number: **0162462440093** | Seats: **YYZ-ORD 15B** |
| | **ORD-DSM 18A** |
| | **DSM-ORD 23E** |
| | **ORD-YYZ 12B** |
| Standard Checked Bag (0169828218381) | **ORD-YYZ** |
| Economy Seat Assignment (0169828218381) | **DSM-ORD** |
| Economy Seat Assignment (0169828218381) | **DSM-ORD** |
| Standard Checked Bag (0169828218379) | **YYZ-ORD** |
| Economy Seat Assignment (0169828218379) | **ORD-DSM** |
| Economy Seat Assignment (0169828218379) | **YYZ-ORD** |

## Purchase Summary

| | |
|---|---:|
| Method of payment: | **Visa ending in 4114** |
| Date of purchase: | **Mon, Jan 30, 2023** |

| | |
|---|---:|
| Airfare: | **679.00 CAD** |
| U.S. Transportation Tax: | **56.40 CAD** |
| Canada Goods and Services Tax: | **34.56 CAD** |
| Canadian Security Charge: | **12.10 CAD** |
| U.S. Immigration User Fee: | **9.40 CAD** |
| U.S. Customs User Fee: | **8.70 CAD** |
| Canada Airport Improvement Fee: | **35.00 CAD** |
| Canada Harmonized Sales Tax: | **4.55 CAD** |
| U.S. APHIS User Fee: | **5.10 CAD** |
| September 11th Security Fee: | **15.00 CAD** |
| U.S. Passenger Facility Charge: | **6.00 CAD** |

| | |
|---|---:|
| Total Per Passenger: | **865.81 CAD** |

| | |
|---|---:|
| **Total:** | **1731.62 CAD** |

## Additional Purchase Summary

| | |
|---|---:|
| Method of payment: | **Visa ending in 4114** |
| Date of purchase: | **Mon, Jan 30, 2023** |

Standard Checked Bag (Reference Number: 0169828218381):
Economy Seat Assignment (Reference Number: 0169828218381):

Economy Seat Assignment (Reference Number: 0169828218381):

**Total:** **99.00 CAD**

## Additional Purchase Summary

Method of payment: **Visa ending in 4114**
Date of purchase: **Mon, Jan 30, 2023**

Standard Checked Bag (Reference Number: 0169828218380):
Economy Seat Assignment (Reference Number: 0169828218380):
Economy Seat Assignment (Reference Number: 0169828218380):

**Total:** **99.00 CAD**

## Additional Purchase Summary

Method of payment: **Visa ending in 4114**
Date of purchase: **Mon, Jan 30, 2023**

Standard Checked Bag (Reference Number: 0169828218379):
Economy Seat Assignment (Reference Number: 0169828218379):
Economy Seat Assignment (Reference Number: 0169828218379):

**Total:** **99.00 CAD**

## Additional Purchase Summary

Method of payment: **Visa ending in 4114**
Date of purchase: **Mon, Jan 30, 2023**

Standard Checked Bag (Reference Number: 0169828218378):
Economy Seat Assignment (Reference Number: 0169828218378):
Economy Seat Assignment (Reference Number: 0169828218378):

**Total:** **99.00 CAD**

**Fare Rules**

# Scotiabank

**543 STEELES AVENUE EAST**
**BRAMPTON, ON L6W 4S2**

Statement Period   Jan 12, 2023 - Feb 9, 202
Statement date   Feb 9, 202
Account #
Page   1 of



## Scotiabank Value® VISA* card

SBVRED_10100_D23040_A E D 72272    30795
MR JOZO MILJAS



**If you have any questions about this statement, call us at:**
1-800-387-6556 / 416-288-1460
TTY Service 1-800-645-0288

**Borrowers on this account:**
MR JOZO MILJAS



| | |
|---|---|
| Previous balance, Jan 11/23 | |
| Interest | + |
| Payments/credits | - |
| Purchases/charges | + |
| **New balance** | **=** |
| Credit limit | |
| Credit available | |

### Interest Information
Annual interest rates as of statement date:
Cash advances
Purchases

This statement covers transactions posted to your account during the Statement Period.

## Transactions since your last statement

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|



MR JOZO MILJAS - 4535 105 280 664 023

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 007 | Jan 30 | Jan 31 | HOTEL*RESERVATIONS.COM 855-956-2201 WA AMT     935.28 UNITED STATES DOLLAR | 1,279.71 |
| 008 | Jan 30 | Feb 1 | WWW.RESERVATIONS.COM 855-9562201 FL | 85.69 |
| 010 | Feb 6 | Feb 8 | EMBASSY LIBERTYS IOWA DES MOINES IA AMT     75.97 UNITED STATES DOLLAR | 104.57 |
| 022 | Jan 30 | Feb 1 | UNITED AIR 1698282183780 CONTINENTAL NS | 99.00 |

Continued on page 3

**Scotiabank**

| | | | |
|---|---|---|---|
| Statement Period | Jan 12, 2023 - Feb 9, 2023 |
| Statement Date | Feb 9, 2023 |
| Account # | |
| Page | 3 of 3 |

## Scotiabank Value VISA card

### Transactions - continued

| REF.# | TRANS. DATE | POST DATE | DETAILS | AMOUNT($) |
|---|---|---|---|---|
| 024 | Jan 30 | Feb 1 | UNITED AIR  1698282183802 CONTINENTAL NS | 99.00 |
| 026 | Jan 30 | Feb 1 | UNITED AIR  1624624400921 CONTINENTAL NS | 865.81 |

### Interest charges posted on statement date





Turner, Mary Jo

| | |
|---|---|
| **From:** | United Airlines <Receipts@united.com> |
| **Sent:** | Tuesday, February 7, 2023 3:45 PM |
| **To:** | Calhoun, Tia D. |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation AMJQD2 |

**[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.**

Tue, Feb 07, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# AMJQD2

---

**Flight 1 of 2 UA660**  **Class: United Economy (H)**

Wed, Feb 08, 2023
**06:34 AM**
Des Moines, IA, US (DSM)

Wed, Feb 08, 2023
**08:05 AM**
Chicago, IL, US (ORD)

---

**Flight 2 of 2 UA3604**  **Class: United Economy (H)**

Wed, Feb 08, 2023
**09:02 AM**
Chicago, IL, US (ORD)

Wed, Feb 08, 2023
**12:19 PM**
New York, NY, US (LGA)

1

Flight Operated by Republic Airways dba United Express.

## Traveler Details

SHAFFER/SCOTT

eTicket number: **0162464257852**

Seats: **DSM-ORD 32A**
**ORD-LGA 21D**

## Purchase Summary

Method of payment: **Miscellaneous Document**
**Visa ending in 1203**

Date of purchase: **Tue, Feb 07, 2023**

| | |
|---|---|
| Airfare: | 314.42 USD |
| U.S. Transportation Tax: | 23.58 USD |
| U.S. Flight Segment Tax: | 9.60 USD |
| September 11th Security Fee: | 5.60 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| Total Per Passenger: | 362.20 USD |

**Total:** **362.20 USD**

## Additional Collection

An additional amount of **14.65 USD** for the difference in fare was charged to Visa ending in 1203 on Tue, Feb 07, 2023.

## Payment Info

Remaining value of your previous ticket numbers 0162461689868 was applied to this purchase.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Wed, Feb 08, 2023<br>Des Moines, IA, US (DSM) to New York, NY, US (LGA - LaGuardia) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |



AC HOTELS BY MARRIOTT*
DES MOINES EAST VILLAGE
401 E. GRAND AVE.
DES MOINES, IA 50309
T: 515.518.6060

SCOTT SHAFFER
205 W END AVE APT 6P
NEW YORK NY 10023-4819
NYNY

ARRIVE: 05FEB23
DEPART: 08FEB23
FOLIO NUMBER: 54254

ROOM: 604
ROOM TYPE: GENR
NUMBER OF GUESTS: 1
RATE: $205.00    CLERK: LMW

TIME: 12:02AM
TIME: 05:09AM

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 05Feb23 | Room Charge | 166.00 | |
| 05Feb23 | State Occupancy Tax | 8.30 | |
| 05Feb23 | City Tax | 11.62 | |
| 06Feb23 | Room Charge | 166.00 | |
| 06Feb23 | State Occupancy Tax | 8.30 | |
| 06Feb23 | City Tax | 11.62 | |
| 07Feb23 | Room Charge | 205.00 | |
| 07Feb23 | State Occupancy Tax | 10.25 | |
| 07Feb23 | City Tax | 14.35 | |
| 08Feb23 | American Express | | 601.44 |
| | Card #: | | |
| | AXXXXXXXXXXXXX4006/XXXX | | |
| | Amount: 601.44 Auth: 115432 | | |
| | Balance: | 0.00 | |

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.



**Platinum Card®**
JAMES J THOMAS II
Closing Date 02/03/23

p. 5/10

Account Ending

## Detail Continued

♦ - denotes Pay Over Time and/or Cash Advance activity

| Date | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 01/12/23 | DELTA AIR LINES | | ATLANTA | | | $705.65 |
| | DELTA AIR LINES | | | | | |
| | From: | To: | Carrier: | Class: | | |
| | ATLANTA HARTSFIELD | DES MOINES | DL | S | | |
| | | ATLANTA HARTSFIELD | DL | W | | |
| | Ticket Number: 00623581327666 | | Date of Departure: 02/05 | | | |
| | Passenger Name: THOMAS II/JAMES J | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

Continued on reverse

# EMBASSY SUITES
by HILTON

101 East Locust Street • Des Moines, IA 50309
Phone (515) 244-1700 • Fax (515) 244-2537
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY

**Name & Address**

THOMAS, JAMES

ATLANTA -- 30363
UNITED STATES OF AMERICA

Suite: 510/KNGN
Arrival Date: 2/5/2023 5:15:00 PM
Departure Date: 2/8/2023 9:57:00 AM
Adult/Child: 2/0
Suite Rate: 151.00
Rate Plan: 3GF
HH #:
AL:
Car:

# Hilton

WALDORF ASTORIA

LXR

CONRAD

canopy

Signia Hilton

Hilton

CURIO COLLECTION

Confirmation Number: 95038076

2/8/2023

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/5/2023 | 4928303 | GUEST ROOM | $151.00 |
| 2/5/2023 | 4928303 | STATE TAX | $7.55 |
| 2/5/2023 | 4928303 | CITY TAX | $10.57 |
| 2/6/2023 | 4928466 | Dinner | $52.75 |
| 2/6/2023 | 4928565 | GUEST ROOM | $151.00 |
| 2/6/2023 | 4928565 | STATE TAX | $7.55 |
| 2/6/2023 | 4928565 | CITY TAX | $10.57 |
| 2/7/2023 | 4928886 | GUEST ROOM | $151.00 |
| 2/7/2023 | 4928886 | STATE TAX | $7.55 |
| 2/7/2023 | 4928886 | CITY TAX | $10.57 |
| 2/8/2023 | 4929001 | AX *3008 | ($560.11) |
|  |  | **BALANCE** | $0.00 |

$ 507.36


DOUBLETREE


TAPESTRY COLLECTION

EMBASSY SUITES

TEMPO

MOTTO

Hilton Garden Inn

Hampton

tru


HOMEWOOD SUITES

HOME2 SUITES

Hilton Grand Vacations

**ACCOUNT NO.**
AX *3008

**CARD MEMBER NAME**
THOMAS, JAMES

**ESTABLISHMENT NO. & LOCATION**   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

**CARD MEMBER'S SIGNATURE**
X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| 2/8/2023 | 1265864 A |

| AUTHORIZATION | INITIAL |
|---|---|
| 162908 | |

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT: -560.11

PAYMENT DUE UPON RECEIPT





Hilton HONORS