IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>  Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC,<br>and GREG COHEN,<br><br>  Defendants. | NO. 4:20-cv-320-SMR-CFB<br><br>**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY FEES AND RELATED EXPENSES** |

COMES NOW the Plaintiff Mladen Miljas (or "Mladen"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 54(d)(2) respectfully submits this motion for an award of attorney fees and related expenses incurred in this matter, and in support thereof states:

1. On February 13, 2023, the Court entered judgment in this matter.

2. The jury awarded Plaintiff court costs, reasonable attorneys' fees, and expenses from Defendant Greg Cohen Promotions, LLC ("GCP") for its violation of the Muhammad Ali Boxing Reform Act (the "Ali Act"). *See* Jury Verdict Form Three A (Dckt. 0160).

3. The Ali Act provides, "Any boxer who suffers economic injury as a result of a violation of any provision of this Act may bring an action in the appropriate Federal or State court and recover the damages suffered, court costs, and reasonable attorneys fees and expenses." 15 U.S.C. § 6309(d).

4. The jury also determined GCP breached the Exclusive Boxing Promotional Agreement (the "Promotional Agreement"). Section 18 of the Promotional Agreement contains the following language:

> Promoter agrees to indemnify and hold Boxer harmless from and against any and all liabilities[,] losses, damages, costs, and expenses,

including reasonable attorney's fees, that Boxer may sustain or incur as a result of (i) Promoter's breach of this Agreement; (ii) the inaccuracy of any of the warranties and representations made by Promoter in Section 16; (iii) any claim by any third party arising out of any breach or any alleged breach of any term of this Agreement by Promoter (iv) or any other act or omission by Promoter.

5. Section 18 separates claims made <u>between the parties</u> for (i) Promotor's breach of the Agreement and (iii) claims made by third parties arising out of any breach or alleged breach by Promoter. Therefore, the parties to the contract clearly contemplated this provision to apply to actions brought by the Boxer, Mladen Miljas, against the Promoter, GCP.

6. Plaintiff has attached an affidavit, time entries and expense reports in support of this Motion.

7. The amount of time expended was reasonably necessary to investigate and research the matters to be tried, the receipt of a preliminary injunction against Defendants, and to prepare for and engage in a three day jury trial.

WHEREFORE, the Plaintiff Mladen Miljas respectfully requests the Court award him attorneys' fees in the amount of $355,012.50 and related expenses in the amount of $17,458.05 against Defendant Greg Cohen Promotions, LLC.

Respectfully submitted,

*/s/ Michael A. Dee*
Michael A. Dee, AT0002043
Brian S. McCormac, AT0005117
Cassandra M. Alesch, AT0014436
BROWN, WINICK, GRAVES, GROSS, AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone:  515-242-2400
Facsimile:   515-283-0231
Email:  michael.dee@brownwinick.com
           brian.mccormac@brownwinick.com
           casey.alesch@brownwinick.com

ATTORNEYS FOR PLAINTIFF
MLADEN MILJAS

## CERTIFICATE OF SERVICE

I certify that on February 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will serve all counsel of record.

*/s/ Helen Mollenbeck*
Helen Mollenbeck, Legal Assistant