IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MLADEN MILJAS,<br><br>    Plaintiff,<br><br>v.<br><br>GREG COHEN PROMOTIONS, LLC,<br>and GREG COHEN,<br><br>    Defendants. | NO. 4:20-cv-320-SMR-CFB<br><br>**AFFIDAVIT OF MICHAEL A. DEE<br>IN SUPPORT OF PLAINTIFF'S MOTION<br>FOR AN AWARD OF ATTORNEY FEES<br>AND RELATED EXPENSES** |

*STATE OF IOWA*        )
                       ) *ss:*
*COUNTY OF POLK*       )

I, Michael A. Dee, after being sworn on oath, hereby state and affirm as follows:

1.  I am over the age of eighteen and competent to testify to the matters contained herein.

2.  I am the attorney of record for Plaintiff, Mladen Miljas, and was the lead trial attorney in this matter.

3.  Fees and out-of-pocket expenses billed to the Plaintiff relative to the above-captioned case to date are $372,470.55 as shown in the attached Time and Cost Report.

4.  I have attached Exhibit A to this Affidavit containing the names and positions of the other staff and attorneys who billed time in this case.

5.  Myself, Brian McCormac, Thomas Story, and Cassandra Alesch were the primary responsible counsel in this case. Cassandra Alesch replaced Thomas Story prior to trial when Thomas Story resigned from Brown Winick. All other timekeepers assisted with individual research projects based on availability.

1

6. My firm, Brown Winick, reevaluates hourly rates of all staff and attorneys once per year, typically as of January 1. All of the hourly rates charged by all timekeepers in the attached time report are the reasonable, usual and customary rates charged by the staff and attorneys listed.

7. I carefully examined the fee and cost records, and the information contained therein is true and accurate to the best of my knowledge and understanding.

8. There is no agreement between myself or any other attorney of record and our client, Mladen Miljas, or any other person, for any division or sharing of the attorney fees to be taxed in this case.

I declare under penalty of perjury under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27, 2023.

_____