**Exhibit A to Affidavit**

**Members**

Michael Dee

Brian McCormac

**Associates**

Thomas Story

Cassandra Alesch

Chelsey Moreland

Jackson O'Brien

William Daniel

Caitlin Stachon

Brennan Block

Mariah Kauder

**Law Clerks**

Emily Mertz-O'Brien

Becca Coleman

Jenna Nelson

Avery Malinski

Logan Namanny

**Staff**

Eileen Vander Woude- Paralegal

Cheryl Mendenhall- Paralegal

Helen Mollenbeck- Legal Assistant