**Summary of Time Report Pursuant to Local Rule 54A**

| Activity Classification | Approximate Number of Hours Billed |
| --- | --- |
| Drafting pleadings, motions, and briefs | 231.25 hours |
| Investigation | 104.75 hours |
| Interviewing | 26.25 hours |
| Trial Preparation | 112 hours |
| Trial | 40.50 hours |